UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| KIRK HORSHAW, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:15–cv–4036–SLD |
| DET. WARE et al., | ) ) ) | |
| Respondents. | ) | |

ORDER

Before the Court is Kirk Horshaw's Petition for Habeas Corpus.

A prisoner may file a habeas corpus petition in the judicial district where the petitioner is in custody or the judicial district where he was convicted. 28 U.S.C. § 2241(d). The district court where the application was filed, in its discretion and in furtherance of justice, may transfer the petition to another appropriate district for hearing and determination. *Id.* The district court located where a prisoner was convicted, which often sits closer to the material events, witnesses, and record from an underlying criminal matter, is better suited to review claims attacking a conviction or sentence than the district court located where a prisoner is confined.

Petitioner Horshaw was convicted in the Circuit Court of Cook County, Illinois. He is incarcerated at the Stateville Correctional Center—located in Crest Hill, Illinois. Petitioner alleges various constitutional defects with his criminal conviction. Accordingly, the Court finds the interests of justice require the transfer of this matter to the United States District Court for the Northern District of Illinois.

ENTERED:    April 8, 2015

                                        s/ Sara Darrow
                                    SARA DARROW
                                UNITED STATES DISTRICT JUDGE